1110.   RICHARDSON v. MAYOR AND COUNCIL OF MACON.

RUSSELL, J.   This case is controlled by the constitutional question therein which was certified to the Supreme Court.   See *Richardson* v. *Macon,* 132 *Ga.* 122 (63 S. E. 790).                               *Judgment affirmed.*

Certiorari, from Bibb superior court—Judge Felton.   March 3, 1908.

Argued April 21, 1908.—Decided March 16, 1909.

*E. W. Maynard,* for plaintiff.   *C. H. Hall, Jr.,* for defendant.